IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 20-cv-01720-LTB

SHERI L. HOWARD,

 Plaintiff,

v.

SEAN LANKFORD,

 Defendant.

---

## JUDGMENT

---

 Pursuant to and in accordance with the Order of Dismissal entered by Lewis T. Babcock, Senior District Judge, on July 22, 2020, it is hereby

 ORDERED that Judgment is entered in favor of Defendant and against Plaintiff.

 DATED at Denver, Colorado, July 22, 2020.

      FOR THE COURT,

      JEFFREY P. COLWELL, Clerk


      By: s/A. Thomas
      Deputy Clerk